IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHELLE SNAGG, *on behalf of herself, FLSA Collective Plaintiffs and the Class*,<br><br>Plaintiff,<br><br>v.<br><br>BIRCH FAMILY SERVICES, INC. and MATTHEW STURIALE,<br><br>Defendants. | Case No.: 18-cv-6723<br><br>**NOTICE OF PLAINTIFF'S UNOPPOSED MOTION FOR CERTIFICATION OF THE SETTLEMENT CLASS, FINAL APPROVAL OF THE CLASS ACTION SETTLEMENT, AND APPROVAL OF THE FLSA SETTLEMENT** |

For the reasons set forth in (i) the Memorandum of Law in Support of Plaintiff's Unopposed Motion for Certification of the Settlement Class, Final Approval of the Class Action Settlement, and Approval of the FLSA Settlement ("Plaintiff's Motion for Final Approval") and (ii) the Declaration of C.K. Lee in Support of Plaintiff's Unopposed Motion for Certification of the Settlement Class, Final Approval of the Class Action Settlement, and Approval of the FLSA Settlement, and the exhibits attached thereto, Plaintiff respectfully requests that the Court enter the proposed Order, attached hereto as **EXHIBIT A**.

Dated: March 8, 2021            Respectfully submitted,

                                            **LEE LITIGATION GROUP, PLLC**

                   By:     */s/ C.K. Lee*
                                         C.K. Lee, Esq.
                                         Anne Seelig, Esq.
                                         148 West 24th Street, Eighth Floor
                                         New York, NY 10011
                                         Tel.: 212-465-1188
                                         *Attorneys for Plaintiff, FLSA Collective Plaintiffs and the Class*

#8074686 v3